AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

AGUSTIN RIVERA-VAZQUEZ

**WARRANT FOR ARREST**

Case Number: 99-CR-344-014 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ AGUSTIN RIVERA-VAZQUEZ _____
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

SEE MOTION AND ORDER ATTACHED.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

S/JUAN M. PEREZ-GIMENEZ
Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

October 25, 2004 at Hato Rey, P.R.
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

US Probation Office D/PR

| DATE RECEIVED 10/25/2004 | NAME AND TITLE OF ARRESTING OFFICER  _Aidusm Antonio Torres_ | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/25/2004 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _Agustin Rivera-Vazquez_

ALIAS: _____

LAST KNOWN RESIDENCE: _Res. Sierra Linda, Edif #7, 128, Bayamon, PR 00957_

LAST KNOWN EMPLOYMENT: _Capataz Efrain (Bayamon) Housing Project_

PLACE OF BIRTH: _2/8/1971 Bayamon, PR._

DATE OF BIRTH: _2/8/1971_

SOCIAL SECURITY NUMBER: _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_

HEIGHT: _5'3_   WEIGHT: _126_

SEX: _M_   RACE: _Hispanic_

HAIR: _BLK_   EYES: _BRO_

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _Back: Hilda V. Rosario_
_R shoulder: Heart_

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _USMS D/PR_
_150 Carlos Chardon Ave._
_Hato Rey, PR 00917_