AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE District of PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

AGUSTIN RIVERA-VAZQUEZ

Case Number: 99 CR 344-14 (PG)

USM Number: 18691-069

AFPD-Maria Arsuaga
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  Standard 2 & 3; Special Cond #3  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Cond #2 | Failure to report to US Probation Officer | September 24, 2004 |
| Standard Cond #3 | Failure to follow instructions of US Probation Officer | September 24, 2004 |
| Special Condition #3 | Use of controlled substances. | August 10, 2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  xxx-xx-5491

Defendant's Date of Birth:  02/08/71

Defendant's Residence Address:

Public Housing Sierra Linda

Bldg. 7, Apt. 128, Bayamon, PR 00957

Defendant's Mailing Address:

November 23, 2004
Date of Imposition of Judgment

S/ Juan M. Pérez-Giménez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, USDJ
Name and Title of Judge

November 23, 2004
Date



AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | AGUSTIN RIVERA-VAZQUEZ | |
| CASE NUMBER: | 99 CR 344-14 (PG) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHTEEN (18) MONTHS**

X  The court makes the following recommendations to the Bureau of Prisons:
   **It is strongly recommended to the Bureau of Prisons that the defendant be afforded the opportunity to avail himself of any drug addiction treatment program at the institution designated to serve his sentence and that he be afforded psychological treatment to deal with his substance abuse addiction. The Bureau of Prisons is to advise the Court why these services can not be provided.**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date 12/1/04

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on  1-7-05  to  MDC Guaynabo
a  Puerto Rico  with a certified copy of this judgment.

for Ricardo E. Chavez Wanda
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL